IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
Great Falls Division

| | |
|---|---|
| BILLIE SCHULL and WORKER GROUP,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Cause No. 4:22-CV-00030-BMM-JTJ<br><br>**ORDER GRANTING LEAVE TO FILE MEDICAL RECORDS UNDER SEAL** |

Plaintiffs having moved this Court for leave to file the Plaintiffs' confidential medical records under seal, and there being no objection to the motion and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Plaintiffs Statement of Uncontested Facts (DOC23) is to be stricken or sealed and replaced with a Statement of Uncontested Facts with the medical records (SUF0025-0170) redacted.

2. The medical records (documents Bates stamped SUF0025 -SUF0170, and which collectively constitute Ex. A to the Affidavit of Allan McGarvey) are to be separately filed under seal.

1

DATED this 6th day of July, 2022.

John Johnston
United States Magistrate Judge