**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | | |
|---|---|---|
| BILLIE SCHULL and WORKER GROUP, | ) ) ) | Cause No.: CV-22-30-BMM |
| Plaintiffs, | ) ) | **ORDER GRANTING UNOPPOSED** |
| v. | ) ) | **MOTION TO ADMIT COUNSEL** |
| | ) | **PRO *HAC VICE*** |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Defendant Zurich American Insurance Company has moved for an order allowing Maximillian W. Hirsch to appear *pro hac vice* in this case with Kelly J. C. Gallinger, designated as local counsel.  The declaration of Mr. Hirsch appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's Unopposed Motion to allow Mr. Hirsch to appear on its behalf is **GRANTED**, subject to the following conditions:

1.      Local counsel shall exercise the responsibilities required by L.R, 83.1(d)(5) and must be designated as lead counsel or co-lead counsel;

2.      Only one attorney appearing pro hac vice may act as co-lead counsel;

3.      Mr. Hirsch must each do his own work.  He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.      Admission is personal to Mr. Hirsch.

6.      Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED:**

Applicant shall file within fifteen (15) days from the date of this Order, an acknowledgement and acceptance of his admission under the terms set forth above.

DATED this 27th day of July, 2022.

Brian Morris, Chief District Judge
United States District Court