UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BILLIE SCHULL and WORKER GROUP,<br><br>                    Plaintiffs,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                    Defendant. | No. 4:22-cv-00030-BMM-JTJ<br><br>ORDER |

Plaintiffs having moved, with the concurrence of Defendant, for a stay of this case and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. All proceedings in this case, including the court-ordered settlement conference of the Plaintiffs' claims, are hereby stayed for the purpose of determining whether a global mediation will result in the settlement of the Plaintiffs' claims.

2. A telephonic status conference with the Court will be held on March 15, 2023, at 2:30 p.m. at which time any party may move, with good cause shown, to extend or terminate the stay. The call-in number is 877-402-9753; access code: 5136505.

Dated this 8th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court