# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BILLIE SCHULL and WORKER GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Cause No. CV-22-30-GF BMM-JTJ<br><br>**ORDER** |

Pursuant to the Parties' "Join Motion Dismissing Action" (Doc. 77) and good cause appearing, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED** with prejudice.
2. Each side shall bear its own costs and attorneys' fees.

**DATED** this 30th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

1